# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff/Appellee,<br><br>v.<br><br>PEDRO VALENCIA-AYALA,<br><br>　　　　　　Defendant/Appellant. | Case No.: 19mj23473-MDD-JLS<br><br>**ORDER SETTING BRIEFING SCHEDULE ON APPEAL** |

On October 22, 2020, Defendant Pedro Valencia-Ayala, through counsel, filed a Notice of Appeal to the District Court from the judgment of the Magistrate Judge entered on October 21, 2020. The following briefing schedule is hereby imposed:

Defendant/Appellant shall file and serve his opening memorandum on or before **November 13, 2020**. The memorandum shall include any and all documents relevant to the determination of the issues raised on appeal. Plaintiff/Appellee shall file a responsive memorandum on or before **December 4, 2020**. Defendant/Appellant may file an optional reply on or before **December 14, 2020**. Upon the filing of the foregoing, the parties shall await the further order of this Court.

IT IS SO ORDERED.

Dated: October 23, 2020

Hon. Janis L. Sammartino
United States District Judge